JONATHAN D. FREUND (SBN 157357)
jfreund@freundandbrackey.com
DEREK S. LEMKIN (SBN 238462)
dlemkin@freundandbrackey.com
FREUND & BRACKEY LLP
427 North Camden Drive
Beverly Hills, CA 90210
Tel: (310) 247-2165
Fax: (310) 247-2190

Attorneys for Defendant,
ORCHARD ENTERPRISES NY, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BIG EYE RECORDS, aka BIG EYE MUSIC, ORCHARD ENTERPRISES NY, INC., a New York corporation, CLEOPATRA RECORDS, INC., a California corporation previously named as DOE 1 and DOES 2-10, inclusive,<br><br>Defendants. | Case No. CV 09-4545PA (RZx)<br><br>**ANSWER OF ORCHARD ENTERPRISES NY, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: June 24, 2009<br><br>Trial Date: None Set |

Defendant Orchard Enterprises NY, Inc. ("Defendant") answers the First Amended Complaint ("FAC") filed by Plaintiff Bagdasarian Productions, LLC ("Plaintiff") as follows:

Except as expressly admitted or where Defendant states that it is unable to admit or deny an allegation, all allegations of the FAC are denied.

## THE PARTIES

1.  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of the FAC.


2.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the FAC..

3.     Defendant admits the allegations of paragraph 3 of the FAC..

4.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 of the FAC..

5.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the FAC.

6.     Paragraph 6 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

7.     Paragraph 7 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

8.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the FAC.

9.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the FAC.

10.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the FAC.

11.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the FAC.

12.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the FAC.

13.     Defendant denies knowledge or information sufficient to form a belief as

to the truth of the allegations in paragraph 13 of the FAC.

14. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the FAC.

15. Defendant admits that Orchard is in the business of distributing music and that Orchard sells the products it distributes at retailers such as Amazon.com. Defendant denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 15 of the FAC.

16. Regarding the allegations of paragraph 16 of the FAC, Defendant specifically denies the allegations regarding Defendant and denies knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other defendants.

17. Regarding the allegations of paragraph 17 of the FAC, Defendant specifically denies the allegations regarding Defendant and denies knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other defendants.

18. Regarding the allegations of paragraph 18 of the FAC, Defendant admits that Bagdasarian has never licensed or authorized Orchard to use the Alvin and the Chipmunks trademarks or service marks. Defendant denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 18.

19. Defendant repeats and realleges its responses to paragraphs 1 through 18 of the FAC as set forth above.

20. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the FAC.

21. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the FAC.

22. Regarding the allegations of paragraph 22 of the FAC Defendant specifically denies that any of the alleged conduct of Defendant was intentional and

denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 22 of the FAC.

23. Paragraph 23 of the FAC contains allegations of law, not fact, to which no response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

24. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 of the FAC.

25. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 of the FAC.

26. Paragraph 26 of the FAC contains allegations of law, not fact, to which no response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

27. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the FAC.

28. Regarding the allegations of paragraph 28 of the FAC, Defendant specifically denies the allegations regarding Defendant and denies knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other defendants.

29. Paragraph 29 of the FAC contains allegations of law, not fact, to which no response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

30. Paragraph 30 of the FAC contains allegations of law, not fact, to which no

response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

31. Defendant repeats and realleges its responses to paragraphs 1 through 30 of the FAC as set forth above.

32. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 of the FAC.

33. Regarding the allegations of paragraph 33 of the FAC, Defendant specifically denies the allegations regarding Defendant and denies knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other defendants.

34. Paragraph 34 of the FAC contains allegations of law, not fact, to which no response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

35. Regarding the allegations of paragraph 35 of the FAC, Defendant specifically denies the allegations regarding Defendant and denies knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other defendants.

36. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 of the FAC.

37. Paragraph 37 of the FAC contains allegations of law, not fact, to which no response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

38. Paragraph 38 of the FAC contains allegations of law, not fact, to which no response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

39. Paragraph 39 of the FAC contains allegations of law, not fact, to which no response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

40. Paragraph 40 of the FAC contains allegations of law, not fact, to which no response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

41. Paragraph 41 of the FAC contains allegations of law, not fact, to which no response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

42. Regarding the allegations of paragraph 42 of the FAC, Defendant specifically denies the allegations regarding Defendant and denies knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other defendants.

43. Defendant repeats and realleges its responses to paragraphs 1 through 42 of the FAC as set forth above.

44. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 of the FAC.

45. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 of the FAC.

46. Paragraph 46 of the FAC contains allegations of law, not fact, to which no response is required.

47. Paragraph 47 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

48. Regarding the allegations of paragraph 48 of the FAC, Defendant specifically denies the allegations regarding Defendant and denies knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other defendants.

49. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 of the FAC.

50. Paragraph 50 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

51. Paragraph 51 of the FAC contains allegations of law, not fact, to which no response is required.

52. Paragraph 52 of the FAC contains allegations of law, not fact, to which no response is required.  To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

53. Paragraph 53 of the FAC contains allegations of law, not fact, to which no

response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

54. Paragraph 54 of the FAC contains allegations of law, not fact, to which no response is required.

55. Defendant repeats and realleges its responses to paragraphs 1 through 54 of the FAC as set forth above.

56. Paragraph 56 of the FAC contains allegations of law, not fact, to which no response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

57. Paragraph 57 of the FAC contains allegations of law, not fact, to which no response is required.

58. Paragraph 58 of the FAC contains allegations of law, not fact, to which no response is required.

59. Paragraph 59 of the FAC contains allegations of law, not fact, to which no response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

60. Paragraph 60 of the FAC contains allegations of law, not fact, to which no response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

61. Paragraph 61 of the FAC contains allegations of law, not fact, to which no

response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

62. Defendant repeats and realleges its responses to paragraphs 1 through 61 of the FAC as set forth above.

63. Paragraph 63 of the FAC contains allegations of law, not fact, to which no response is required.

64. Paragraph 64 of the FAC contains allegations of law, not fact, to which no response is required.

65. Paragraph 65 of the FAC contains allegations of law, not fact, to which no response is required. To the extent a response is required, Defendant denies these allegations insofar as they relate to it and denies knowledge or information sufficient to form a belief as to their truth insofar as they relate to any other defendant named in this action.

66. Paragraph 66 of the FAC contains allegations of law, not fact, to which no response is required.

## AFFIRMATIVE DEFENSES

By alleging defenses herein, Defendant intends no alteration of the burden of proof and/or burden of going forward with the evidence that otherwise exists with respect to any particular issue at law or in equity. Furthermore, all defenses are pleaded in the alternative and do not constitute an admission either of liability or as to whether Plaintiff is entitled to any relief whatsoever.

### FIRST AFFIRMATIVE DEFENSE

1. The FAC fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

2. Plaintiff's purported claims are barred because Plaintiff lacks standing to pursue its claims.

### THIRD AFFIRMATIVE DEFENSE

3. Plaintiff's purported claims are barred because Plaintiff has committed fraud on the U.S. Trademark Office in obtaining the subject trademark and service mark registrations.

### FOURTH AFFIRMATIVE DEFENSE

4. Plaintiff's purported claims are barred because the marks that are the subject of Plaintiff's claims have become generic.

### FIFTH AFFIRMATIVE DEFENSE

5. Plaintiff's purported claims are barred because the marks that are the subject of Plaintiff's claims are merely descriptive.

### SIXTH AFFIRMATIVE DEFENSE

6. Plaintiff's purported claims are barred because Plaintiff's trademark and service mark registrations have been abandoned.

### SEVENTH AFFIRMATIVE DEFENSE

7. Plaintiff's claims are *de minimis* and not actionable as a matter of law.

### EIGHTH AFFIRMATIVE DEFENSE

8. Any alleged use of the subject trademarks by Defendant is protected fair use and not actionable as a matter of law.

### NINTH AFFIRMATIVE DEFENSE

9. Any alleged use of the subject trademarks by Defendant is protected free speech and not actionable as a matter of law.

### TENTH AFFIRMATIVE DEFENSE

10. Plaintiff's purported claims are barred by the applicable statute of limitations.

### ELEVENTH AFFIRMATIVE DEFENSE

11. Plaintiff's purported claims are barred by the doctrine of laches.

### TWELFTH AFFIRMATIVE DEFENSE

12. Plaintiff's purported claims are barred by the doctrine of waiver.

## THIRTEENTH AFFIRMATIVE DEFENSE

13. Plaintiff's purported claims are barred by the doctrine of estoppel.

## FOURTEENTH AFFIRMATIVE DEFENSE

14. Plaintiff's purported claims are barred by the doctrine of unclean hands.

## FIFTEENTH AFFIRMATIVE DEFENSE

15. Plaintiff's damages, if any, are the sole and direct result of forces, acts and omissions independent of Defendant.

## SIXTEENTH AFFIRMATIVE DEFENSE

16. Plaintiff has failed to join one or more indispensable parties.

WHEREFORE, Defendant respectfully requests that the Court enter judgment:

1. In favor of Defendant and that Plaintiff take nothing on its claims;
2. Awarding Defendant its attorneys' fees and costs as permitted by law;
3. Awarding such other and further relief as the Court deems just and proper.

Dated: November 20, 2009         FREUND & BRACKEY LLP


By: /s/ Derek S. Lemkin
Jonathan D. Freund,
Derek S. Lemkin
Attorneys for Defendant
ORCHARD ENTERPRISES NY, INC.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant ORCHARD ENTERPRISES NY, INC. hereby demands its right to trial by jury of all claims in this action triable by jury.

Dated: November 20, 2009      FREUND & BRACKEY LLP


By: /s/ Derek S. Lemkin
Jonathan D. Freund,
Derek S. Lemkin
Attorneys for Defendant
ORCHARD ENTERPRISES NY, INC.