VINCENT COX (State Bar No. 070511)
ELIZABETH L. SCHILKEN (State Bar No. 241231)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel: (310) 277-3333 • Fax: (310) 277-7444

Attorneys for Plaintiff
BAGDASARIAN PRODUCTIONS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BIG EYE RECORDS, aka BIG EYE MUSIC, ORCHARD ENTERPRISES NY, INC., a New York corporation, CLEOPATRA RECORDS, INC., a California corporation previously named as DOE 1, and DOES 2-10, inclusive,<br><br>Defendants. | CASE NO.: CV 09-4545 PA (RZx)<br><br>**STIPULATION FOR ENTRY OF JUDGMENT FOR PERMANENT INJUNCTION** |

The parties hereto, pursuant to a Settlement Agreement of the parties, stipulate as follows with respect to the following terms of the Settlement Agreement:

1. Defendant Cleopatra Records, Inc., a California corporation, has produced, and Defendant Orchard Enterprises NY, Inc., a New York corporation has distributed, a collection of recordings entitled "Renditions of Alvin And The Chipmunks by Calvin and the Chipmunk Rockstars" which has been marketed with art work in the form attached to the Judgment as Exhibit A (the "Calvin album").

2. Defendants marketed in interstate commerce the Calvin and the Chipmunks work, it has been advertised and promoted through the Internet, and sold at internet addresses such as Amazon.com.

3. Bagdasarian Productions, LLC ("Bagdasarian") brought this action, contending that the production, distribution, marketing, and other exploitation of the Calvin album, and the production, distribution, marketing, or other exploitation of any products under the name Calvin and the Chipmunks and violated the common law and federally registered marks for "Alvin and the Chipmunks," including, but not limited to those federally registered marks attached to the Judgment as Exhibit B, and constitutes federal trademark infringement, false designation of origin and false advertising under §43(a) of the Lanham Act, dilution under §43(c) of the Lanham Act, common law trademark infringement, and unfair competition under California Business & Professions Code §17200, *et seq.*

4. Defendants have agreed to entry of a JUDGMENT FOR STIPULATED PERMANENT INJUNCTION ("the Judgment") in the form attached hereto as Exhibit 1, pursuant to which Defendants, their officers, agents, servants, employees, stockholders, and all persons in active concert or participation with them, shall be enjoined, from and after December 15, 2009, from the production, distribution, marketing or other exploitation of the Calvin album, and from the production, distribution, marketing or other exploitation of any products which contain any of the Alvin and the Chipmunks marks, including, but not limited to those federally registered marks attached to the Judgment as Exhibit B.

5. The parties agree that this permanent injunction may be enforced on 10 (ten) days written notice to counsel of record, subject to the Court's availability to hear the matter, and may be heard before the Honorable Percy Anderson, the Honorable Magistrate Judge Ralph Zarefsky, or any other judicial officer of the United States District Court with jurisdiction to enforce this Permanent Injunction.

LEOPOLD, PETRICH & SMITH
A Professional Corporation

Defendants and Bagdasarian waive all rights of appeal, and the parties agree that each party shall bear its own costs of suit and attorneys' fees.

6. All claims and parties not governed by the Judgment shall be dismissed with prejudice, each party to bear its own costs of suit and attorneys' fees.

SO STIPULATED:
DATED: Dec. 7, 2009

*/s/ Vincent Cox*

VINCENT COX
LEOPOLD, PETRICH & SMITH, P.C.
Attorneys for Plaintiff

SO STIPULATED:
DATED: 9 December 2009

*/s/ S. Martin Keleti*

S. MARTIN KELETI
COHEN AND COHEN
Attorney(s) for Defendant Cleopatra Records, Inc.

SO STIPULATED:
DATED: 9 December 2009

*/s/ Jonathan Freund*

JONATHAN FREUND
FREUND & BRACKEY LLP
Attorney for Defendant Orchard Enterprises NY, Inc.

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BIG EYE RECORDS, aka BIG EYE MUSIC, ORCHARD ENTERPRISES NY, INC., a New York corporation, CLEOPATRA RECORDS, INC., a California corporation previously named as DOE 1, and DOES 2-10, inclusive,<br><br>Defendants. | CASE NO.: CV 09-4545 PA (RZx)<br><br>**JUDGMENT FOR STIPULATED PERMANENT INJUNCTION**<br><br>F.R.Civ.P 58(a) |

Upon the stipulation of the parties, and pursuant to a Settlement Agreement of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows, and the Court makes the following Findings of Fact and Conclusions of Law:

1. The Court has jurisdiction over the parties and the subject matter pursuant to 28 U.S.C. §§ 1338(a) and (b).

1

2. Defendant Cleopatra Records, Inc., a California corporation, has produced, and Defendant Orchard Enterprises NY, Inc., a New York corporation has distributed, a collection of recordings entitled "Renditions of Alvin And The Chipmunks by Calvin and the Chipmunk Rockstars" which has been marketed with art work in the form attached hereto as Exhibit A (the "Calvin album"), including the following musical works and sound recordings:

- Witch Doctor
- Bad Day
- Funkytown
- How We Roll
- The Chipmunk Song (Christmas Don't Be Late)(Dee Town Rock Mix)
- Get You Goin'
- Ain't No Party
- Follow Me Now
- Coast 2 Coast
- Mess Around
- Bad Day (Instrumental Guitar Version)
- Follow Me Now (Instrumental Guitar Version)

3. Defendants marketed in interstate commerce the Calvin album, it has been advertised and promoted through the Internet, and sold at internet addresses such as Amazon.com.

4. Bagdasarian brought this action, contending that the production, distribution, marketing, and other exploitation of the Calvin album, and the production, distribution, marketing, or other exploitation of any products under the name Calvin and the Chipmunks and violated the common law and federally registered marks for "Alvin and the Chipmunks," including, but not limited to those federally registered marks attached hereto as Exhibit B, and constitutes federal trademark infringement, false designation of origin and false advertising under §43(a) of the Lanham Act, dilution under §43(c) of the Lanham Act, common law trademark infringement, and unfair competition under California Business & Professions Code §17200, et seq.

5. Defendants have consented to entry of this permanent injunction pursuant to which Defendants, their officers, agents, servants, employees, stockholders, and all persons in active concert or participation with them, SHALL BE ENJOINED, from and after the date of entry, from the production, distribution, marketing or other exploitation of the Calvin album, and from the production, distribution, marketing or other exploitation of any products which contain any of the Alvin and the Chipmunks marks, including, but not limited to those federally registered marks attached hereto as Exhibit B.

6. This Permanent Injunction may be enforced on 10 (ten) days written notice to counsel of record, subject to the Court's availability to hear the matter, and may be heard before the Honorable Percy Anderson, the Honorable Magistrate Judge Ralph Zarefsky, or any other judicial officer

3

of the United States District Court with jurisdiction to enforce this Permanent Injunction. As a precondition to enforcement, Plaintiff shall give 30 days' written notice and an opportunity to cure to the Defendant against whom the enforcement proceeding is to be brought. Such notice shall comply with the terms of the notice and cure provisions of the settlement agreement between Plaintiff and Defendants.

7. Plaintiff and Defendants have consented to entry of the foregoing Permanent Injunction and waive any right of appeal. This order shall constitute a final judgment in the action. Each party shall bear its own costs of suit and attorney fees. All claims and parties not governed by this stipulated permanent injunction shall be dismissed with prejudice, and each party to bear its own costs of suit and attorneys' fees. The clerk shall enter this judgment on the civil docket pursuant to F.R.Civ.P. 79(a).

DATED: _____

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM BY:

DATED: December 7, 2009

*/s/ Vincent Cox*

VINCENT COX
LEOPOLD, PETRICH & SMITH, P.C.
Attorneys for Plaintiff Bagdasarian Productions, LLC

APPROVED AS TO FORM BY:
DATED: 9 December 2009

*[signature]*

S. MARTIN KELETI
COHEN AND COHEN
Attorney(s) for Defendant Cleopatra Records, Inc.


APPROVED AS TO FORM BY:
DATED: 9 December 2009

*[signature]*

JONATHAN FREUND
FREUND & BRACKEY LLP
Attorney for Defendant Orchard Enterprises NY, Inc.

Exhibit A



EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| Link | Preview All | | | | amazon |
| Discussion Boards | Settings | | | | |
| | | Hello, | We have recommendations for you. (Not | | FREE 2-Day Shippir |
| | | Robin's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards |
| Shop All Departments | | Search MP3 Downloads | | | Cart |
| MP3 Downloads | | Getting Started  Top Downloads  New & Future Releases  Install The MP3 Downloader  Amazor | | | |

**Instant Order Update for** . You purchased this item on June 10, 2009. View this
order.



**Renditions Of Alvin & The Chipmunks**
by Calvin & The Chipmunk Rock Stars

Price: **$8.99**

**Album Savings:** $2.89 compared to buying all songs

No customer reviews yet. Be the first.

**Original release date:** January 1, 2008

**Format:** MP3, 256 kbps
— plays on iPod® and all MP3 players

Buy MP3 album with 1-Click

Redeem a gift card or promotion code & view balance

Requires Amazon MP3 Downloader

**Amazon MP3 Downloader**
Adds songs instantly to iTunes or Windows Media Player. Get it free.

Share with Friends

See larger image
Share your own customer images

| | Song Title | Time | Price | |
|---|---|---|---|---|
| | 1. Witch Doctor | 3:02 | $0.99 | |
| | 2. Bad Day | 3:36 | $0.99 | |
| | 3. Funkytown | 3:39 | $0.99 | |
| | 4. How We Roll | 3:56 | $0.99 | |
| | 5. The Chipmunk Song (Christmas Don't Be Late) (Dee Town Rock Mix) | 2:16 | $0.99 | |
| | 6. Get You Goin' | 3:20 | $0.99 | |
| | 7. Ain't No Party | 2:46 | $0.99 | |
| | 8. Follow Me Now | 3:12 | $0.99 | |
| | 9. Coast 2 Coast | 2:46 | $0.99 | |
| | 10. Mess Around | 3:22 | $0.99 | |
| | 11. Bad Day (Instrumental Guitar Version) | 3:36 | $0.99 | |
| | 12. Follow Me Now (Instrumental Guitar Version) | 3:10 | $0.99 | |

Exhibit B

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 2,935,726

United States Patent and Trademark Office    Registered Mar. 29, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## ALVIN AND THE CHIPMUNKS

BAGDASARIAN PRODUCTIONS, LLC (CALIFORNIA LTD LIAB CO)
1192 EAST MOUNTAIN DR.
MONTECITO, CA 93108

FOR: ENTERTAINMENT SERVICES- NAMELY- A SERIES OF TV CARTOONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-17-1983; IN COMMERCE 9-17-1983.

SER. NO. 76-505,140, FILED 4-9-2003.

THEODORE MCBRIDE, EXAMINING ATTORNEY

EXHIBIT B

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,429,855

United States Patent and Trademark Office    Registered May 20, 2008

## TRADEMARK
## PRINCIPAL REGISTER

## ALVIN AND THE CHIPMUNKS

BAGDASARIAN PRODUCTIONS, LLC (CALIFORNIA LTD LIAB CO)
1192 E. MOUNTAIN DRIVE
MONTECITO, CA 93108

FOR: MOTION PICTURE FILMS FEATURING ALL OF OR A COMBINATION OF THE FOLLOWING, COMEDY, DRAMA, ACTION, ADVENTURE OR ANIMATION; MOTION PICTURE FILMS FOR BROADCAST ON TELEVISION FEATURING ALL OF OR A COMBINATION OF THE FOLLOWING, COMEDY, DRAMA, ACTION, ADVENTURE OR ANIMATION; PRERECORDED AUDIO TAPES, AUDIO-VIDEO TAPES, AUDIO VIDEO CASSETTES, AUDIO VIDEO DISCS, AND DIGITAL VERSATILE DISCS FILMS FEATURING ALL OF OR A COMBINATION OF THE FOLLOWING MUSIC, COMEDY, DRAMA, ACTION, ADVENTURE, AND ANIMATION; COMPUTER PROGRAMS, NAMELY, SOFTWARE FOR BROADCASTING DIGITIZED VIDEO AND AUDIO MEDIA OVER A GLOBAL COMPUTER INFORMATION NETWORK; COMPUTER GAME EQUIPMENT CONTAINING MEMORY DEVICES, NAMELY, DISCS SOLD AS A UNIT WITH COMPUTER GAME PROGRAMS FOR PLAYING A PARLOR-TYPE COMPUTER GAME; INTERACTIVE VIDEO GAME PROGRAMS AND COMPUTER GAME PROGRAMS; VIDEO GAME CARTRIDGES AND CASSETTES, VIDEO GAME JOYSTICKS, VIDEO GAME DISCS, VIDEO GAME INTERACTIVE REMOTE CONTROL UNITS; VIDEO AND COMPUTER GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-1992; IN COMMERCE 12-1-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,864,434 AND 2,935,726.

SER. NO. 77-213,550, FILED 6-22-2007.

JASON TURNER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,421,801
Registered May 6, 2008

## TRADEMARK
## PRINCIPAL REGISTER

### ALVIN AND THE CHIPMUNKS

BAGDASARIAN PRODUCTIONS, LLC (CALIFORNIA LTD LIAB CO).
1192 E. MOUNTAIN DRIVE
MONTECITO, CA 93108

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, SHIRTS, T-SHIRTS, SWEATSHIRTS, JOGGING SUITS, TROUSERS, PANTS, SHORTS, TANK TOPS, RAINWEAR, CLOTH BABY BIBS, SKIRTS, BLOUSES, DRESSES, SUSPENDERS, SWEATERS, JACKETS, COATS, RAINCOATS, SNOW SUITS, TIES, ROBES, HATS, CAPS, SUNVISORS, BELTS, SCARVES, SLEEPWEAR, PAJAMAS, LINGERIE, UNDERWEAR, BOOTS, SHOES, SNEAKERS, SANDALS, BOOTIES, SLIPPER SOCKS, SWIMWEAR AND MASQUERADE AND HALLOWEEN COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1983; IN COMMERCE 12-31-1983.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,864,434 AND 2,935,726.

SER. NO. 77-213,587, FILED 6-22-2007.

B. PARADEWELAI, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 3,425,740

United States Patent and Trademark Office  Registered May 13, 2008

## TRADEMARK
### PRINCIPAL REGISTER

## ALVIN AND THE CHIPMUNKS

BAGDASARIAN PRODUCTIONS, LLC (CALIFORNIA LTD LIAB CO)
1192 E. MOUNTAIN DRIVE
MONTECITO', CA 93108

FOR: ACTION FIGURES AND ACCESSORIES THEREFOR; PLUSH TOYS; BALLOONS; BATHTUB TOYS; RIDE-ON TOYS; EQUIPMENT SOLD AS A UNIT FOR PLAYING CARD GAMES; TOY VEHICLES; DOLLS; FLYING DISCS; HAND-HELD UNIT FOR PLAYING ELECTRONIC GAMES; GAME EQUIPMENT SOLD AS A UNIT FOR PLAYING A BOARD GAME, A CARD GAME, A MANIPULATIVE GAME, A PARLOR GAME AND AN ACTION TYPE TARGET GAME; STAND ALONE VIDEO OUTPUT GAME MACHINES; JIGSAW AND MANIPULATIVE PUZZLES; PAPER FACE MASKS; SKATEBOARDS; WATER SQUIRTING TOYS; BALLS, NAMELY, PLAYGROUND BALLS, SOCCER BALLS, BASEBALLS, BASKETBALLS; BASEBALL GLOVES; SWIMMING FLOATS FOR RECREATIONAL USE; KICKBOARD FLOTATION DEVICES FOR RECREATIONAL USE; SURFBOARDS; SWIM BOARDS FOR RECREATIONAL USE; SWIM FINS; TOY BAKEWARE AND TOY COOKWARE; TOY BANKS; TOY SNOW GLOBES; AND CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1963; IN COMMERCE 12-31-1963.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,864,434 AND 2,935,726.

SER. NO. 77-213,609, FILED 6-22-2007.

JASON TURNER, EXAMINING ATTORNEY

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274**.

On December 11, 2009, I served the foregoing document described as **STIPULATION FOR ENTRY OF JUDGMENT FOR PERMANENT INJUNCTION** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Federal Express Drop Box located at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 11, 2009, at Los Angeles, California.

_____
CONNIE BAILLIE

## SERVICE LIST

Evan Cohen
S. Martin Keleti
COHEN AND COHEN
8340 Melrose Avenue
Los Angeles, CA  90069-5420


Jonathan Freund
FREUND & BRACKEY LLP
427 North Camden Drive
Beverly Hills, CA 90210